AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Civil Action No.    3:12-1442-MBS |
| | ) |
| $729,760.92 in Seized Funds | ) |
| *Defendant* | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the sum of Seven Hundred Twenty-Nine Thousand Seven Hundred Sixty and 92/100 ($729,760.92) dollars in Seized Funds is hereby forfeited to the United States and all claims to the defendant funds are forever foreclosed and barred.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour, Chief United States District Judge presiding. The court having granted the plaintiff's motion for default judgment.

Date:  December 5, 2012                                      *CLERK OF COURT*

                                                             s/Angie Snipes
                                                    _____
                                                    *Signature of Clerk or Deputy Clerk*